GOLDSMITH & HULL. A P.C./552923
William I. Goldsmith SBN 82183
Michael L. Goldsmith SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
(818) 990-6600 FAX (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
DEC 19, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARLENE BARTON<br><br>　　　　　Defendant(s) | No. 2:99-cv-00708-VAP-MRW<br><br>[Proposed]<br>**ORDER DIRECTING ISSUANCE OF WRIT OF CONTINUING GARNISHMENT**<br><br>**[POST ALARM SYSTEM]** |

　　The Court, having considered the Application of the United States of America for an issuance of a Writ of Continuing Garnishment as to POST ALARM SYSTEM, with regard to defendant judgment-debtor MARLENE BARTON, finds that the issuance of the Writ is proper under the circumstances of this case,

　　//

HEREBY ORDERS that the clerk of the Court shall issue a Writ of Continuing Garnishment with respect to POST ALARM SYSTEM in the form submitted by the Plaintiff United States of America.

DATED: December 19, 2017.

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28